U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee, Plaintiffs, v. CenTra, Inc. and The Detroit International Bridge Company, Defendants.

Case Number: KC

FILED
NOV 08 2007
nov 08 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6348
JUDGE LEFKOW
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

| Field | Value |
|---|---|
| NAME (Type or print) | Thomas M. Weithers |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Thomas M. Weithers |
| FIRM | Central States Law Department |
| STREET ADDRESS | 9377 W. Higgins Road |
| CITY/STATE/ZIP | Rosemont, IL 60018-4938 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 06193004 |
| TELEPHONE NUMBER | 847/518-9800, Ext. 3276 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐