# United States District Court
# Northern District of Illinois

*cH*

In the Matter of

Central States Southeast and Southwest Areas
Pension Fund, et al.

v.                                        Case No. 07 C 6348

Centra, Inc., et al.                      Designated Magistrate Judge
                                          Susan E. Cox

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Joan Humphrey Lefkow** to be related to **07 C 6312** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge William T. Hart

Dated: December 5, 2007

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **William T. Hart**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: **DEC - 6 2007**