## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and, HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case Nos. 07C 6348 |
| | ) ) | Hon. William T. Hart |
| vs. | ) ) | |
| | ) ) | Magistrate Judge Schenkier |
| CENTRA, INC. and THE DETROIT INTERNATIONAL BRIDGE COMPANY, | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on January 23, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge William T. Hart, or any judge sitting in his stead, in Courtroom 2243 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **Plaintiffs' Motion for Leave to File Additional Appearances Pursuant to Local Rule 83.17**, a copy of which is hereby served upon you.

Dated: January 17, 2008          Respectfully submitted,


By:  /s/ Richard L. Fenton
One of the Attorneys for Defendant/Counter-Plaintiff
Central States Southeast and Southwest Areas Pension Fund

Richard L. Fenton (rfenton@sonnenschein.com) (ARDC No. 3121699)
Frank P. Vanderploeg (fvanderploe@sonnenschein.com) (ARDC No. 2885972)
Geoffrey J. Repo (grepo@sonnenschein.com) (ARDC No. 6270488)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL  60606
Phone:  (312) 876-8000
Fax:  (312) 876-7934
Firm No. 90784

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing **Notice of Motion** and **Plaintiffs' Motion for Leave to File Additional Appearances Pursuant to Local Rule 83.17** was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, this 17th day of January, 2008, using the CM/ECF system, which sent email notification of that filing to all parties listed below:

| | |
|---|---|
| James Patrick Condon<br>Thomas Maurice Weithers<br>Central States Law Department<br>9377 W. Higgins Road<br>10th Floor<br>Rosemont, IL 60018-5123<br>*jcondon@centralstatesfunds.org*<br>*tweithers@centralstates.org*<br><br>Attorneys for Defendants/Counter-Plaintiff<br>Central States Southeast and Southwest Areas<br>Pension Fund | |

                By:    /s/ Geoffrey J. Repo
                     One of the Attorneys for Plaintiffs Central States
                     Southeast and Southwest Areas Pension Fund and
                     Howard McDougall

                     Richard L. Fenton (rfenton@sonnenschein.com)
                     Frank P. Vanderploeg (fvanderploe@sonnenschein.com)
                     Geoffrey J. Repo (grepo@sonnenschein.com)
                     SONNENSCHEIN NATH & ROSENTHAL LLP
                     7800 Sears Tower
                     Chicago, IL  60606
                     Phone:  (312) 876-8000
                     Fax:  (312) 876-7934
                     Firm No. 90784