# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6348 | **DATE** | 1/23/2008 |
| **CASE TITLE** | Central States Southeast and Southwest Areas Pension Fund, et al. V. Centra, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' motion for leave to file additional appearances of Richard L. Fenton, Frank P. Vanderploeg and Geoffrey J. Repo [12] is granted. This case is dismissed without prejudice.

Docketing to mail notices.

00:05

Case 1:07-cv-06348   Document 14   Filed 01/23/2008   Page 1 of 1

| | Courtroom Deputy Initials: | CW |
|---|---|---|